WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-08193-001-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Rick Drake, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was held and the detention hearing was held on the record. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 22nd day of May, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge